COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Intercontinental Terminals Company LLC

Appellate case number:    01-19-00492-CV

Trial court case number:   2019-29503

Trial court:               113th District Court

      On July 3, 2019, relator, Intercontinental Terminals Company LLC, filed a petition for writ of mandamus and emergency motion to stay, requesting that we stay the trial court's June 25, 2019 order, which ordered a pre-suit deposition. We grant relator's emergency motion to stay the June 25, 2019 order. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the case in this Court is finally decided or the Court otherwise orders the stay lifted. Any party may file a motion for reconsideration of the stay. *See id.* 52.10(c).

      Further, the Court requests that the real party in interest respond to the petition for writ of mandamus. It is **ordered** that the response of any interested party, if any, shall be due no later than 20 days from the date of this order.

      It is so **ORDERED**.


Judge's signature: /s/ Sherry Radack
                    ☒ Acting individually    ☐ Acting for the Court

Date: __July 8, 2019__